JKM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oley Shlyakhov, | No. CV 06-0794-PHX-DGC |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Philip Crawford, | |
| Respondents. | |

Petitioner Oley Shlyakhov (A76-898-871) has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging that immigration officials were holding him in detention pending his removal from the United States, but that his removal could not be effected. Petitioner sought his immediate release from custody on the grounds that his indefinite detention with no prospect that his removal would be effected in the reasonably foreseeable future was not authorized by law. See Zadvydas v. Davis, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien for more than the presumptively reasonable period of six months).

It has come to the Court's attention that Petitioner may have been deported from the United States on March 29, 2006. Accordingly, it appears that Petitioner is no longer being held in custody and that this action is now moot.

**JDDL**

JDDL

1     **IT IS ORDERED** that within ten (10) days from the date this Order is filed Petitioner
2 must file a response to this Order showing good cause why this action should not be
3 dismissed as moot.

4     **IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of
5 dismissal of this action as moot without further order of the Court if a response to this Order
6 is not filed within ten (10) days of the date this Order is filed.

7     DATED this 22nd day of May, 2006.

_____
David G. Campbell
United States District Judge